**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-6578**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GEORGE BENNETT,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem.  William L. Osteen, District Judge.  (CR-94-189)

─────────────

Submitted:  July 25, 2002          Decided:  August 5, 2002

─────────────

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

George Bennett, Appellant Pro Se.  Benjamin H. White, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George Bennett appeals the district court's order denying his motion to reduce his sentence under 18 U.S.C.A. § 3582(c)(2) (West 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Bennett, No. CR-94-189 (M.D.N.C. Mar. 27, 2002). We deny Bennett's motion to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED